IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HAMID MICHAEL HEJAZI,

    Plaintiff,

v.

MARK ESPER, Secretary, Department
Of the Army; UNITED STATES
DEPARTMENT OF THE ARMY,
Agency; and UNITED STATES
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION, Agency

    Defendants.

Case No. 6:19-cv-00149-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 60), and the matter is now before this Court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). The Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). The Court finds no error and concludes the report is correct.

    Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 60) is adopted in full. The case is DISMISSED without prejudice. Any pending motions are DENIED as moot.

1 – ORDER

IT IS SO ORDERED.

    DATED this 12th day of August, 2021.

                                          _s/Michael J. McShane_
                                                  Michael McShane
                                      United States District Judge

2 – ORDER